IN THE COURT OF APPEALS OF THE NAVAJO NATION

WINDOW ROCK, ARIZONA

THE NAVAJO TRIBE OF INDIANS, )     NO.
Range and Livestock Department,  )
                                 )
          Petitioner,            )
                                 )
          vs.                    )
                                 )
TEDDY CHICO, C#59236             )
c/o Toh-la-kai Trading Post      )
Gallup, New Mexico,              )
                                 )
Bobby Rico, C#88512              )
Twin Lakes, New Mexico           )
                                 )
          Claimants.             )
_____)

The Court having reviewed Claimant/Appellee, Teddy Chico's Motion to Deny Appeal and finding good cause therefore, IT IS ORDERED that the above-captioned matter is hereby DISMISSED on the grounds that Claimant/Appellant Bobby Rico failed to file a Motion for Reconsideration with the District Court pursuant to Rule 5(d) of the Navajo Court Rules of Appellate Procedure.

Dated this 28th day of November, 1979.


                              Jerome McCabe,

                              Acting Chief Justice of the Navajo Nation